L. BRADFORD PRINCE, Respondent, *v.* WILLIAM C. CONNER, Appellant.

The proper measure of damages in an action for the conversion of chattels is the value of the property at the time of the converson with interest to the time of the trial.

(Argued March 20, 1877; decided March 27, 1877.)

THIS was an action to recover damages for the alleged unlawful taking and conversion by defendant of certain goods and chattels the property of plaintiff.

The court charged upon the subject of damages in substance, that if plaintiff was entitled to recover, the jury might allow the market value of the property at the time of the conversion, the damages sustained by plaintiff by reason of the taking and interest on the value; defendant's counsel excepted to " that part of the charge which says that the jury are entitled to render a verdict for any damages other than the value of the property and interest." *Held*, that the charge was erroneous in this respect and the exception well taken.

*Almon Goodwin*, for appellant.

*M. Lyman* and *L. Bradford Prince*, respondent in person.

ALLEN, J., reads for reversal and new trial.
All concur.
Judgment reversed.